[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 14, 2011
JOHN LEY
CLERK

No. 11-12169
Non-Argument Calendar

_____

D.C. Docket No. 4:10-cv-02203-RBP

EVIE ELIZABETH HOWARD,
as Personal Representative of the Estate of Paul Anthony Smith,

Plaintiff - Appellee,

versus

SOUTHERN HEALTH PARTNERS, INC., et al.,

Defendants,

TERRY SURLES,
TERRY MARCRUM,
MYRTIS MOSS,
JORETHA MITCHELL,
CHARLES GASTON,
JACKIE FOREMAN,
a.k.a. Foreman,
ALFONZO STINSON,
a.k.a. Stinson,

Defendants - Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 14, 2011)

Before BARKETT, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

We affirm for the reasons expressed in the district court's memorandum opinion of April 12, 2011.

**AFFIRMED**.